

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00537-CV

**AUTOMOTIVE PROMOTION CONSULTANTS, LLC** d/b/a Rent 2 Own HQ,
Appellant

v.

**STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 24-01-63497-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: September 25, 2024

MOTION TO DISMISS GRANTED, DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

PER CURIAM